1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9      FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11   ALEXANDRA HUSTON, | 2:23-cv-00888-KJN |
| 12     Plaintiff, | ORDER |
| 13    v. | |
| 14   STARBUCKS CORPORATION, | |
| 15     Defendant. | |
| 16 | |

17   This case was removed to federal court on May 11, 2023, and randomly assigned to Chief

18 Magistrate Judge Kendall J. Newman under Appendix A of the Local Rules.  (ECF Nos. 1, 2.)

19 Under the Initial Scheduling Order, all parties were to inform the Clerk of Court of their decision

20 whether to Consent or Decline magistrate judge jurisdiction for all purposes in this case by filing

21 their Consent/Decline form within fourteen days of the date the action was filed, in this case

22 by May 28, 2023.  (ECF No. 2.)  There is no obligation to consent, and no judge will be notified

23 of a party's decision unless all parties have consented.  See Fed. R. Civ. P. 73(b)(1).

24   A review of the docket shows that not all parties have filed their Consent/Decline

25 forms.  Accordingly, any party who has not submitted their Consent/Decline form shall do so

26 within seven days of this order.

27 ////

28 ////

1

## **ORDER**

2          IT IS HEREBY ORDERED that any party who has not submitted their Consent/Decline

3     form shall do so within seven days of this order.

4     Dated:  May 31, 2023

5

6                                                          KENDALL J. NEWMAN
                                                           UNITED STATES MAGISTRATE JUDGE
7

hust.0888.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    2