UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA HUSTON, | 2:23-cv-00888-KJN |
| Plaintiff, | ORDER |
| v. | |
| STARBUCKS CORPORATION, | |
| Defendant. | |

This action has been assigned to Chief Magistrate Judge Kendall J. Newman upon the consent of all parties pursuant to 28 U.S.C. § 636(c). (ECF Nos. 5, 7, 8.) A review of the docket indicates that defendant has answered the complaint, so this case is ripe for scheduling. (See ECF No. 1-5 at 3-9.).

**ORDER**

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED:

1. Within 30 days of this order, the parties shall discuss, in person or by telephone, their obligations to transmit mandatory disclosures to the other parties, as required by Federal Rule of Civil Procedure 26.
2. During their meeting, the parties shall discuss whether this case should be stayed and referred to mediation in the court's Voluntary Dispute Resolution Program. The parties

should also confer on discovery deadlines.

3. Within 14 days after this conferral, the parties shall file a joint status report with the court for the entry of a pretrial scheduling order. This report shall address the relevant portions of Local Rule 240(a), shall include the parties' statement(s) of the case, and may address any other matters the parties believe are important for scheduling purposes. After the parties submit the joint status report, the parties will be contacted by the court to set up an initial scheduling conference.

4. The parties are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition. See Local Rule 160.

Dated: June 21, 2023

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hust.0888

2