UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA HUSTON, an individual;<br><br>        Plaintiff,<br><br>    v.<br><br>STARBUCKS CORPORATION, a Washington Corporation, and Does 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:23-cv-00888-KJN<br><br>**ORDER RE STIPULATION TO STAY ACTION PENDING ARBITRATION** |

### **ORDER**

The Court, having read and reviewed the Parties' Stipulation, and **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**:

1. The parties will arbitrate the claims pending in this action pursuant to, and consistent with, the arbitration agreement between them;

2. This action shall be stayed pending arbitration between Plaintiff and Defendant; and

3. United States District Court for the Eastern District of California shall retain jurisdiction of this action until the arbitration has been resolved and a stipulation for dismissal has been filed with the Court.

4. The parties shall notify the Court of the conclusion of arbitration within 30 days following the issuance of the arbitrator's decision.

1 | Dated: June 28, 2023

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hust.0888